IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MICHAEL E. WEAVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-CV-117 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is presently before the court for consideration of the report and recommendation [doc. 23] filed by United States Magistrate Judge C. Clifford Shirley, Jr. on February 5, 2014. There have been no timely objections to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful consideration of this matter, the court is in complete agreement with Magistrate Judge Shirley's conclusion that the Commissioner's summary judgment motion should be granted. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into this ruling, that the Commissioner's motion for

summary judgment [doc. 21] is **GRANTED**, and plaintiff's motion for judgment on the pleadings [doc. 19] is **DENIED**. This case is **DISMISSED**.

        **IT IS SO ORDERED.**

        ENTER:

          s/ Leon Jordan
        United States District Judge

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
    DEBRA C. POPLIN
    CLERK OF COURT